BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE JPMORGAN CHASE PAYCHECK PROTECTION PLAN LITIGATION

MDL DOCKET NO. ___

## SCHEDULE OF ACTIONS

| | **Case Captions** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| 1. | **Plaintiff:**<br>Hyde-Edwards Salon & Spa<br>**Movant:**<br>Hyde-Edwards Salon & Spa<br>**Defendants:**<br>JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A. | S.D. of California | 3:20-CV-00762-DMS-MDD | Dana M. Sabraw |
| 2. | **Plaintiffs:**<br>Cyber Defense Group, LLC; In the Mix Promotions, Inc.<br>**Defendants**:<br>JPMorgan Chase & C0.; JPMorgan Chase Bank, N.A.; and Does 1-10 | C.D. of California | 2:20-cv-03589-AB-JEM | Andre Birotte, Jr. |
| 3. | **Plaintiffs:**<br>Outlet Tile Center<br>**Defendants:**<br>JPMorgan Chase & Co.; United States of America; Does 1 through 10 | C.D. of California | 2:20-cv-03603-GW-MAA | George H. Wu |
| 4. | **Plaintiffs:**<br>Legendary Transport, LLC<br>**Defendants:**<br>JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.;<br>Bank of America, N.A.<br>Wells Fargo Bank, N.A.;<br>Citibank, N.A. | C.D. of California | 2:20-cv-03636 | Otis D. Wright, II |

454749.1

|   | **Case Captions** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| 5. | **Plaintiffs:**<br>American Video Duplicating, Inc.; Tush Law, Ltd.; Kenneth Hahn dba Cal State Financial<br>**Defendants:**<br>Citigroup Inc.; Citibank, N.A.; US Bancorp; US Bank, N.A.; JP Morgan Chase & co.; JPMorgan Chase Bank, N.A.; Wells Fargo & co.; Wells Fargo N.A.; Bank of America Co.; Bank of America N.A.; Live Oak Bancshares Inc.; Live Oak Banking Co.; Paypal Holdings, Inc.; Newtek Business Services, Inc.; Harvest Small Business Finance; Doe Lenders 1-4,975 | C.D. California | 2:20-cv-03815-ODW-AGR | Otis D. Wright, II |
| 6. | **Plaintiffs:**<br>Sha-Poppin Gourmet Popcorn LLC<br>**Defendants**:<br>JP Morgan Chase Bank, N.A.; RCSH Operations, LLC; Phunware, Inc. | N.D. Illinois | 1:20-cv-02523 | Joan B. Gottschall |
| 7. | **Plaintiffs:**<br>Shiny Strands, Inc.<br>**Defendants:**<br>JPMorgan Chase & Co.; JPMorgan Bank, N.A. | N.D. of Illinois | 1:20-cv-02547 | Matthew F. Kennelly |
| 8. | **Plaintiffs:**<br>Ryan M. Kull Licensed Clinical Social Work LLC<br>**Defendants:**<br>Chase Bank USA, N.A.; JP Morgan Chase and Co.; Does 1-50 | S.D. of New York | 1:20-cv-03138-NRB | Naomi Reice Buchwald |
| 9. | **Plaintiffs:**<br>Starwalk of Dallas, LLC and Kona-Wood Houston, LLC<br>**Defendants**:<br>JPMorgan Chase & Co. D/B/A Chase Bank | N.D. of Texas | 3:20-cv-01005-X | Brantley Starr |

454749.1