BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: JPMORGAN CHASE PAYCHECK )
PROTECTION PROGRAM LITIGATION ) MDL No. 2944
                                )

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Related Action, Schedule of Actions, Complaint and Docket Sheet for the related action, and this Proof of Service were served on all parties in the following case via first-class mail on July 29, 2020.

***Ajira AI LLC v. JPMorgan Chase Bank, N.A.*, Case No. 1:20-cv-04428 (N.D. Ill.)**

JPMorgan Chase Bank, N.A
c/o CT Corporation System, registered agent
4400 Easton Commons Way, Suite 125
Columbus, OH 43219
(Counsel has not yet appeared)

DATED: July 29, 2020                 Respectfully submitted,

                                     */s/ Matthew McCarley*
                                     **MATTHEW MCCARLEY**
                                     Texas State Bar No. 24041426
                                     mmccarley@fnlawfirm.com
                                     **FEARS NACHAWATI, PLLC**
                                     5473 Blair Rd.
                                     Dallas, Texas 75231
                                     Telephone: (214) 890-0711
                                     Facsimile: (214) 890-0712

                                     *Counsel for Plaintiff*